```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
VICTOR MANUEL MERCADO,                                            :
                                                                  :
                                    Plaintiff,                    :     1:23-cv-4814-GHW
                                                                  :
              -v -                                                :        ORDER
                                                                  :
JS RESTAURANT CORP., doing business as LA                         :
CARIDAD, et al.,                                                  :
                                                                  :
                                    Defendants.                   :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024

GREGORY H. WOODS, United States District Judge:

In the Court's order dated November 16, 2023, Dkt. No. 24, the parties were directed to submit a joint status letter to the Court no later than May 1, 2024. The Court has not received the joint status letter. The parties are directed to comply with the Court's November 16, 2023 order forthwith and in any event no later than May 3, 2024.

SO ORDERED.

Dated: May 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge